

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Jeremiah Jermaine Johnson, Appellant

No. 06-25-00033-CR       v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 24F0053-202).   Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.   Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.   Therefore, we modify the trial court's judgment to reflect that the trial court assessed Johnson's punishment, not the jury.   As modified, we affirm the judgment of the trial court.

We note that the appellant, Jeremiah Jermaine Johnson, has adequately indicated his inability to pay costs of appeal.   Therefore, we waive payment of costs.

RENDERED OCTOBER 17, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk